THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 5:93-CR-00123-2

UNITED STATES OF AMERICA )
)
) MOTION TO UNSEAL AND DISCLOSE
-v.- ) PRESENTENCE INVESTIGATION
) REPORT TO CLEMENCY PROJECT
EARL M. HARRIS, ) 2014 COUNSEL
) E.D.N.C. Crim. R. 32.1
Defendant. )
)

ORDER

In consideration of the foregoing Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel, there being good cause shown, it is this 2nd day of March, 2016 hereby

ORDERED that the Motion to Unseal and Disclose Pre-Sentence Investigative Report to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigative Report shall be unsealed and provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that the Pre-Sentence Investigative Report shall not be provided to the Defendant; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigative Report to the Bureau of Prisons or shall destroy all copies.

*James C. Fox*
United States District Court for the
Eastern District of North Carolina